# First District Court of Appeal
## State of Florida

_____

No. 1D18-2454
_____

THERALL AUTHUR WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

January 30, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Jasmine Quintera Russell, Assistant Public Defender, Tallahassee, for Appellant; and Therall Williams, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.